IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| IN RE GRAND JURY | ) | |
| | ) | CR. MISC. 1134 |
| OF DECEMBER 12, 2006 | ) | |

## MOTION TO SEAL INDICTMENT

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the indictment numbered 22 on the Grand Jury Docket for April 3, 2007.

Respectfully submitted this 4th day of April, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
Verne H. Speirs
Assistant United States Attorney