IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN RE GRAND JURY )
) CR. MISC. 1134
OF DECEMBER 12, 2006 )

## ORDER SEALING INDICTMENT

On Motion of the United States Attorney and for good cause shown it is hereby ORDERED that the indictment numbered 22 on the docket returned by the Grand Jury for this District sitting on April 4, 2007, is hereby sealed.

DONE this the 4th day of April, 2007.

_____
United States Magistrate Judge