

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - COURTNEY COLVIN SENTENCING GUIDELINES CASE | April 3, 2007 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk<br>U.S. District Court<br>Middle District of Alabama | Verne H. Speirs<br>Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the April 3, 2007, Grand Jury:

>Courtney Colvin
>1103 Lynwood Drive
>Montgomery, AL

>**LIMITS OF PUNISHMENT**
>Ct. 1:
>NMT $4,000,000 or twice gross loss to victim or twice gross gain to defendant; whichever is greatest;
>NLT 10Y NMT Life, or both;
>NMT 5Y SUP REL;
>$100 Assessment Fee;
>VWPA
>
>Ct. 2:
>NMT $2,000,000 or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
>NLT 5Y NMT 40Y, or both;
>NMT 4Y SUP REL;
>$100 Assessment Fee;
>VWPA.
>Ct. 3:

NMT $250,000 or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NLT 5Y NMT Life, or both;
NMT 3Y SUP REL;
$100 Assessment Fee;
VWPA.

Ct. 4:
NMT $500,000 or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NMT 20Y, or both;
NMT 3Y SUP REL;
$100 Assessment Fee;
VWPA.

Estimated trial time: 2 days