AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

COURTNEY COLVIN
1103 LYNNWOOD DRIVE
MONTGOMERY, AL

**WARRANT FOR ARREST**

Case Number: 2:07CR-77-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __COURTNEY COLVIN__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition   Supervised Release Violation Petition   Violation Notice

charging him or her with   (brief description of offense)

NARCOTICS - POSSESSION WITH INTENT TO DISTRIBUTE ( 2 Counts)
POSSESSION OF FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (1 Count)
NARCOTICS - MANUFACTURE (1 Count)

in violation of Title __21; 18__ United States Code, Section(s) __841(a)(1); 924(c)(1)(A)(i) ; 856(a)(1)__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK OF COURT__
Title of Issuing Officer

Signature of Issuing Officer - DEPUTY CLERK

__April 5, 2007__
DATE

__MONTGOMERY, ALABAMA__
Date and Location

Bail fixed at $ __to be set at initial appearance__   BY __U.S. MAGISTRATE JUDGE__
                                                        Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |