# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   WALLACE CAPEL, JR.   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED   May 29, 2007            AT  1:10  A.M./P.M.

DATE COMPLETED   May 29, 2007            AT  1:20  A.M./P.M.

UNITED STATES OF AMERICA                 Criminal Action
                                         2:07cr77-WHA
         VS.

COURTNEY COLVIN

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne H. Speirs | X | Atty Kevin L. Butler |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

Anthony Green,                           Digital Recording
Courtroom Clerk                          1:10 - 1:20

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   ARRAIGNMENT/DETENTION HEARING

1:10 p.m.          Arraignment/Detention hearing commenced. Defendant
                   enters not guilty plea to Counts 1-4. Defendant's
                   Oral Request to waive detention. Government's Oral
                   Motion for Leave to Withdraw Motion for Detention
                   upon defendant being incarcerated with the State
                   of AL. Court grants Government's Oral Motion.
1:20 p.m.          Hearing concluded.