IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr077-WHA |
| COURTNEY COLVIN ) | |

**ORDER**

This case is before the court on the Defendant's Motion to Extend Plea Deadline (Doc. #20), filed on July 24, 2007. For the reason that the parties need additional time to complete plea negotiations, and upon the representation that the United States does not oppose the motion, the motion is GRANTED, and it is hereby

ORDERED that the plea deadline is extended to July 30, 2007.

DONE this 25th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE