IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr077-WHA |
| COURTNEY COLVIN ) | |

## **ORDER**

Due to a conflict which has arisen in the court's calendar, the sentencing of the Defendant, previously scheduled for October 25, 2007, is RESCHEDULED for October 31, 2007, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 4th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE