IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07cr77-WHA |
| ) | |
| COURTNEY COLVIN ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, Courtney Colvin, by and through undersigned counsel, Kevin L. Butler, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing sentencing. In support of this motion, the Defendant would show the following:

1. Mr. Colvin has entered a plea of guilty to the Indictment filed in this case.

2. This matter is presently set for sentencing on October 31, 2007, before Honorable Harold Albritton.

3. Mr. Colvin is cooperating with government officials in a pending criminal investigation. Mr. Colvin's cooperation will not be completed on or before October 31, 2007.

4. As this Court will need to review the full extent of Mr. Colvin's cooperation in determining the reasonable sentence pursuant to 18 U.S.C. § 3553, it is in the interest of justice to grant Mr. Colvin additional time to complete the assistance he is providing the government. Therefore, there is good cause to continue sentencing. See Fed. R. Crim P. 32(a).

5. The United States, through the Assistant United States Attorney, Verne Speirs, has no opposition to this requested continuance.

**WHEREFORE**, the Defendant prays that sentencing in this matter be continued from the October 31, 2007 date.

       Respectfully submitted,


       s/ Kevin L. Butler
       KEVIN L. BUTLER
       First Assistant Federal Defender
       201 Monroe Street, Suite 407
       Montgomery, Alabama 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       E-mail: kevin_butler@fd.org
       AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:07cr77-WHA** |
| ) | |
| **COURTNEY COLVIN** ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

     Verne Speirs, Esquire
     Assistant United States Attorney
     One Court Square, Suite 201
     Montgomery, Alabama 36104

     Respectfully submitted,

     s/ Kevin L. Butler
     KEVIN L. BUTLER
     First Assistant Federal Defender
     201 Monroe Street, Suite 407
     Montgomery, Alabama 36104
     Phone: (334) 834-2099
     Fax: (334) 834-0353
     E-mail: kevin_butler@fd.org
     AZ Bar Code: 014138