IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07cr77-WHA |
| ) | |
| COURTNEY COLVIN ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, Courtney Colvin, by and through undersigned counsel, Kevin L. Butler, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing sentencing. In support of this motion, the Defendant would show the following:

1. Mr. Colvin has entered a plea of guilty to the Indictment filed in this case.

2. This matter is presently set for sentencing on December 6, 2007, before Honorable Harold Albritton. The United States Probation office is recommending over 30 years in custody and multiple objections have been filed.

3. Mr. Colvin is cooperating with government officials in a pending criminal investigation. Mr. Colvin's cooperation involves assisting law enforcement in their investigation of multiple homicides in Arizona and his cooperation will not be completed on or before December 6, 2007.

4. As this Court will need to review the full extent of Mr. Colvin's cooperation in determining the reasonable sentence pursuant to 18 U.S.C. § 3553, it is in the interest of justice to grant Mr. Colvin additional time to complete the assistance he is providing the government. Therefore, there is good cause to continue sentencing. See Fed. R. Crim P. 32(a).

5.     The United States, through the Assistant United States Attorney, Verne Speirs, has no opposition to this requested continuance.[1]

**WHEREFORE**, the Defendant prays that sentencing in this matter be continued from the December 6, 2007 date.

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138

---

[1]     Though not the basis for the continuance, Mr. Speirs will be out of the United States Attorney's office during December undergoing a medical procedure.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CR. No.: 2:07cr77-WHA |
| | ) | |
| **COURTNEY COLVIN** | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      Verne Speirs, Esquire
      Assistant United States Attorney
      One Court Square, Suite 201
      Montgomery, Alabama 36104

      Respectfully submitted,

      s/ Kevin L. Butler
      KEVIN L. BUTLER
      First Assistant Federal Defender
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail: kevin_butler@fd.org
      AZ Bar Code: 014138