IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr077-WHA |
| COURTNEY COLVIN ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Sentencing (Doc. #32), filed by the Defendant on November 26, 2007. For the reason that the Defendant is in need of additional time prior to sentencing in order to complete assistance with law enforcement, the motion is GRANTED. It is hereby

ORDERED that sentencing of the Defendant is CONTINUED from December 6, 2007, to Thursday, January 10, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 27th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE