IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr077-WHA |
| COURTNEY COLVIN ) | |

## **ORDER**

Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. #34), filed by the Defendant, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from January 10, 2008, and RESET for Wednesday, February 20, 2008, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 7th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE