IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07cr77-WHA |
| ) | |
| COURTNEY COLVIN ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW undersigned counsel, Kevin L. Butler, and files his Motion to Withdraw as Counsel of Record. In support of this motion, counsel states that Susan James, Esquire has been retained to represent Mr. Colvin in the above-styled cause.

Dated this 23rd day of January, 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. No.: 2:07cr77-WHA |
| | ) |
| COURTNEY COLVIN | ) |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

      Respectfully submitted,

      s/ Kevin L. Butler
      KEVIN L. BUTLER
      First Assistant Federal Defender
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail: kevin_butler@fd.org
      AZ Bar Code: 014138