IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:07cr77-WHA |
| | ) | |
| COURTNEY COLVIN | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW undersigned counsel, Kevin L. Butler, and files his Motion to Withdraw as Counsel of Record. In support of this motion, counsel states that Susan James, Esquire has been retained to represent Mr. Colvin in the above-styled cause.

Dated this 23rd day of January, 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**MOTION GRANTED**
SO ORDERED
THIS ___ DAY OF _____, 2008
_____
UNITED STATES DISTRICT JUDGE