IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO.  2:07cr00077-WHA-WC-1 |
| | * |
| COURTNEY COLVIN | * |
| DEFENDANT. | * |

### CONTINUE SENTENCING

Comes now Courtney Colvin by and through undersigned counsel and files this motion to continue the presently set sentencing of February 20, 2008 and in support thereof states the following:

Counsel has been set for sentencing in two cases in Russell County, Alabama. They are the following: *State of Alabama v. Jeff Hall*, Case Nos: 07-105; 07-106; 07-107; 07-108; 07-109; 07-110; and State of *Alabama v. Michael Gordy*, Case No. CC-06-764;765;766; 07-235; 330; 331; 333, Russell County Circuit Court. They were set before Colvin's case was reset.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

### CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Spears
AUSA
P. O. Box 197
Montgomery, Alabama 36101


Respectfully submitted,


s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012