IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CR. NO. 2:07cr-077-WHA |
| ) | |
| COURTNEY COLVIN ) | |
| ) | |

## ORDER

In consideration of the Motion to Continue Sentencing (Doc. #39) filed by the defendant, and upon information from the defense counsel that neither probation nor the government opposes, the motion is hereby GRANTED.

The sentencing previously set in this case for February 20, 2008 at 9:00 a.m. is hereby **RESCHEDULED** for **Feb. 22, 2008** at **10:00 a.m.** in **District Courtroom 2-C**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 11th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE