IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA    )
    )
    v.    )    CR. NO.  2:07CR77-WHA
    )
COURTNEY COLVIN    )


MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL PURSUANT TO
§ 3E1.1(b), UNITED STATES SENTENCING GUIDELINES
(ACCEPTANCE OF RESPONSIBILITY)

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level defendant's offense level based on defendant's acceptance of responsibility.  As grounds for this motion, the United States avers as follows:

1.  A grand jury sitting in the Middle District of Alabama returned an indictment against defendant in April, 2007.

2.  After being arrested, defendant notified the United States of his intent to plead guilty to all counts of the indictment sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently.  Defendant pled guilty on August 1, 2007.

3.  Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in defendant's offense level for acceptance of responsibility,  such that the total reduction in offense level for defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 20th day of February, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280
334-223-7138 Fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
      )
      v.      )      CR. NO. 2:07CR77-WHA
      )
COURTNEY COLVIN      )

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on February 20, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to Susan James.

      Respectfully submitted,

      LEURA G. CANARY
      UNITED STATES ATTORNEY

      /s/ Verne H. Speirs
      VERNE H. SPEIRS
      Assistant United States Attorney
      Post Office Box 197
      Montgomery, Alabama 36101-0197
      334-223-7280
      334-223-7135 Fax
      verne.speirs@usdoj.gov