IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr077-WHA |
| COURTNEY COLVIN ) | |

**ORDER**

Upon a hearing of pending motions in this case, held on this day with the Defendant present in court, it is hereby ORDERED as follows:

1. Defendant's Motion to File Under Seal (Doc. #42) is GRANTED, and the Motion to File Under Seal and Motion to Continue Sentencing are ORDERED SEALED.

2. The Motion to Continue Sentencing (Doc. #43) is GRANTED, and it is hereby ORDERED that sentencing of the Defendant is RESET for Wednesday, March 19, 2008, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 22nd day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE