IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 2:07cr077-WHA |
| COURTNEY COLVIN | ) |

## ORDER

Due to a scheduling conflict which has arisen, the sentencing of the Defendant, previously scheduled for March 19, 2008, at 2:00 p.m. is RESET for March 19, 2008, **at 1:00 p.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 18th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE